WRIT NO. WR-77,402-44        77,402-44

DARRELL J. HARPER

v.

STATE OF TEXAS

IN THE COURT OF CRIMINAL APPEALS

THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN. TEXAS

MOTION DISMISSED
DATE: 3·24·15
BY: PC

RECONSIDERATION/REHEARING

TO THE CLERK'S OFFICE:

1. Come now Appellant. Darrell J. Harper. motions for reconsideration/Rehearing against Appellee. State of Texas. for Civil Rights Violation.

2. Before Sept. 11. 2001 Appellant Darrell J. Harper. complains of his civil rights to work infringement within the color of State Law. for filing employment discrimination complaints.

3. This key piece of evidence was suppressed from appellant's criminal trial to make it easier to improperly try and convict appellant in State Court for the crime of Terroristic Threat and Retaliation that should have been treated as a federal offense. Additionally. Appellant Darrell J. Harper's First Amendment Freedom of Speech. was infringed for filing employment discrimination complaints. in defense of his civil rights to work within the color of State Law where breach of security claims responsible for negligent supervision. in Violation of the Civil Rights Act of 1964. as amended.

WHEREFORE Appellant. Darrell J. Harper Pray he's justly entitled liberty and prosperity.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper Pro Se
Inmate No. 1957724
Larry Gist Unit
3295 F.M. 3514
Beaumont. Texas 77705

Certification Of Service

Appellant Darrell J. Harper does hereby certify that the Motion is true and correct for Processing on or around Wednesday the 18th day of March 2015. in accordance with Tex. Crim. Appeals Rules and Procedures.

Darrell J. Harper
Darrell J. Harper

RECEIVED IN
COURT OF CRIMINAL APPEALS

3-2015

Abel Acosta, Clerk